IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNESTO GONZALES | : | CIVIL ACTION |
| v. | : | |
| USAA INSURANCE COMPANY | : | NO. 02-3502 |

### O R D E R

AND NOW, this      day of August, 2002, it is ORDERED that:

1. Plaintiff shall file a motion for summary judgment on or before October 22, 2002.

2. Defendant shall file and serve a cross-motion for summary judgment on or before November 25, 2002.

3. Plaintiff may file a reply within fifteen (15) days after service of defendant's brief.

THOMAS N. O'NEILL, JR.,     J.