IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ERNESTO GONZALES                         :            CIVIL ACTION

              v.                         :

USAA INSURANCE COMPANY                   :            NO.  02-3502


O R D E R

AND  NOW,  TO  WIT:  this 1ˢᵗ day of November, 2002, it having been reported that

the issues between the parties in the above action have been settled and upon Order of the Court

pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED  that  the  above  action  is  DISMISSED  with  prejudice,  pursuant  to

agreement of counsel without costs.


                                        MICHAEL E. KUNZ, Clerk of Court


                                 BY:_____
                                        Charles J. Ervin, Deputy Clerk